United States District Court
Eastern District of California

Yuriy Vasilchuk                          No 1:25-CV-00792 JLT-SAB

           V

J. Doer et al..

FILED

OCT 20 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFOR
BY_____
        DEPUTY CLERK

Response to Findings a Recommendation

        Now Comes Yuriy Vasilchuck proceeding prose Because
he is indigent and cannot find an Attorney to work for free.
The Responses that I have Received from Attorneys All agree
that there is no money in it and there is a deep bias against prisoners.
        I don't know how to file these things, I am asked to
Fill out a form that Solicits answers to questions and then you
tell me I did it wrong. I've spent what limited time I could
in the law library trying to understand All of this. I don't know
why I'm stuck with this Bivens framework that seems impossible
to Satisfy. It is obvious to me that magistrate Boone has done every
thing he can to ensure the Defendants are never served. The challenges
that he has Raised about exhaustion + failure to state cognizable claim
Seem to be defenses that the Defendant should have Raised, the word
Cognizable is in no Dictionary I have access to.
        The laws say that my pleadings will be reviewed liberally-
And that what I Allege must be taken as truth. Although I did not
File objections I did file a one page clarification - where I stated that
the complaint filed stands and clarified that I did not ask for monetary
Damages. So the Courts analysis is incorrect. I received no Response
to the "clarification" motion.

There ARE OVER A Thousand MEN locked in this PRISON, we ARE literally at the mercy of the Staff. There is no oversight. They do what they want - Administrative Remedies ARE Rubber Stamped - When you Can get An Answer from them, maybe that's just what you think people like me deserve. - Accepted.

But the issue presented to this court Here, & filed Separately By 43 Prisoners, Concerns a very Specific Abuse of Power During A 2 month lock down Between Aug 9 - oct 9 2024. When we were Denied Administrative Remedies and we were Denied Access to the outside world. It is this Courts Duty & obligation to Act. There is no oversight, the next Appropriate Action is to Raise the issue in this Courts.

I WAS locked in a CELL and only saw a Corrections office when they fed us or showered us. These officers told us Nothing. Mail From our Family & friend stopped Coming in & They Refused to send our mail out, we had no Access to the world or to Communicate with Anyone. When we Asked for Administrative Remedies the officers said its not there job & They will pass Along the message. When I wrote To my Counselor, Case Manager, Unit Manager Trust fund Supervisor or medical Department (through internal mail) I got No Response. For us this qualifies as a state of Emergency. For 2 Months we had No Administrative Remedies, No Communication with the world, They Confiscated our property & legal material with out Due process. They Did not Give us Basic Sanitation & Hygiene Suplies - Nor would they let us Buy them - we had no way To Clean the Bathroom we live in or our Bodies. We were Denied Basic Medical CARE. There was No Doctor Here To Treat us or Prescribe medication & there was No opportunity to Ask To See the Doctor who was Not Here.

This Court seem very Concerned About the specific Constitutional Violation. I'm not a Lawyer I don't Know, But I do Know that what I just Described in the previous paragraph is a human Rights Violation that DESERVED Attention A Year Ago. The supreme Court in Egbert Certainly didn't mean

That Congress is Better Equipted to Create a damages Remedy". I did not ask for Monetary Damages. I left that up To the Court. I asked for immediate intervention e injunction. I just needed help and we wanted to ensure that it wouldn't happen Again. Instead we were stuck in a Year-long litigation Not with the Defendant but with the Court.

What we needed is for You To Appoint Counsel, or make an Inquiry yourself. A minor investigation into the Allegations would have proved the Truth of it and Some light Suggestions would have Remedied the situation. In doing So the Staff would think Twice Before Acting in this way. As it Turns out the monitoring of the Documents Filed a Recieved From the Court (not properly designated As Legal Mail) helped a little. The Behavior Described in the original amended filing has Not been Repeated so it appears there is no need to process here.

I have To Say that I am shocked to have witnessed This Court Defending the Allegations by the Staff at USP ATwater. While You are Concerned with Deliberate Indiference showings of A Serious Medical need i/o/r wanton infliction of pain, You Completely overlook The fact that they completely Denied us Medical Care of any Kind. there was No way To Document a serious Medical need, No Treatment to be given, No Doctor Available. You are Concerned with Exhaustion when I'm Telling You they intentionally withheld them. If You don't See A Constitutional Violation in Being locked in a Bathroom with Filth accumulating for 2 months, while You Are intentionally Deprived of Current events a Communication with your family or the Court, after the staff has Confiscated a destroyed your personal property without Cause or Due process, when your legal material was Confiscated a you were Cut off From the Court, while You were completely ignored, and had No Access to medical Care, Then God Bless You.

I object to The manner in which this Court has dealt with This Case. I want it on the Record that Your Rulings in This Case

Have effectively Blocked any complaint filed in this court by a prisoner. You have abandoned your obligation to protect the limited Rights of prisoners and demonstrate a Bias that far exceeds the Courts position to disfavor prisons filings. The Bias, indifference or disregard for prisoners Rights in this case is a stain on this Court, it is outrageous.

I have 1 Year left to serve on my sentence + I must concentrate on preparing for Release. Because I have neither the Time, understanding or stomach to process like this I withdraw the complaint.

The only way for this court to Rectify the situation is independently to Appoint or Commission an investigation into the allegations. These prisons need to Know there is a limit to what they can do.

Sincerely,

10/10/25