1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YURIY V. VASILCHUCK,<br><br>Plaintiff,<br><br>v.<br><br>J. DOERER, et al.,<br><br>Defendants. | No. 1:25-cv-00792 JLT SAB (PC)<br><br>ORDER CONSTRUING OBJECTIONS AS A NOTICE OF VOLUNTARY DISMISSAL AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>(Doc. 11) |

On October 6, 2025, the assigned magistrate judge issued findings and recommendations recommending that the action be dismissed for failure to state a cognizable claim for relief. (Doc. 11.) Plaintiff timely filed objections on October 20, 2025. (Doc. 12.)

According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case and has carefully reviewed the entire matter, including Plaintiff's articulate objections. Therein, after discussing his frustration with the *Bivens* doctrine and articulating several other substantive objections, he indicates that he has "1 year left to serve on his sentence so [he] must concentrate on preparing for release," and states that he has "neither the time, understanding or stomach to proceed like this," so he "withdraw[s] the Complaint." The Court construes this as a request for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (permitting a party to dismiss a case before the opposing party has served either a notice or a motion for summary judgment). Thus, the Court **ORDERS**.

1

1. This action is **DISMISSED WITHOUT PREJUDICE.**
2. The Findings and Recommendations are **TERMINATED AS MOOT**.
3. The Clerk of Court is directed to **CLOSE THIS CASE.**

IT IS SO ORDERED.

Dated: __October 25, 2025__                                          *Jennifer L. Thurston*
                                                                                    UNITED STATES DISTRICT JUDGE

2